[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Tamara Lemay, Disabled Veteran

v.

Defendant(s) Mason Mabrito, Rickey Ament, Michelle Ivey, Sharonna Planer

Case Number: **Case 1:20-cv-07474**

Judge: **Presiding Judge Manish S. Shah**
**Magistrate Judge Maria Valdez**

FILED
DEC 09 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR ATTORNEY REPRESENTATION

(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Tamara Lemay, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   
   Legal Aid of Cook County
   
   but I have been unable to find an attorney because:

3. I declare that (check all that apply):
   *(Now:)*
   ☐ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.
   
   *(Earlier:)*
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☒ I declare that my highest level of education is (check one):

☐ Grammar school ☐ Some high school ☐ High school graduate
☐ Some college ☐ College graduate ☒ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☐ I declare under penalty of perjury that the foregoing is true and correct.

_Tamara Lemay_  
Signature of Movant

_1844 Cowing Ct_  
Street Address

_12-9-20_  
Date

_Homewood, IL 60430_  
City, State, Zip

Other cases in which an attorney requested by this Court has represented me: _N/A_

| Case Name:_____ | Case No.: _____ |
|---|---|
| Attorney's Name:_____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name:_____ | Case No.: _____ |
| Attorney's Name:_____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name:_____ | Case No.: _____ |
| Attorney's Name:_____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]