## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tamara Lemay

                          Plaintiff,

v.                                                       Case No.: 1:20–cv–07474
                                                       Honorable Manish S. Shah

Mason Mabrito, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2021:

      MINUTE entry before the Honorable Manish S. Shah: The court understands plaintiff's statement [9] to be a voluntary dismissal because her travel pay issue with the VA has been resolved. The case is dismissed without prejudice under Rule 41(a)(1)(a)(i). Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.